FILED
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS

AUG 19 2026

CLERK, US BANKRUPTCY COURT

IN THE UNITED STATES BANKRUPTCY COURT FOR THE

# EASTERN DISTRICT OF TEXAS

IN RE: )
)
) Case No. 26-42865
SHEENA CONLEY )
Debtor. ) Chapter 7

## VERIFICATION OF MATRIX

The above named debtor hereby verifies that the attached List of Creditors is true and correct to the best of his/her/their knowledge.

Date: 08/19/2026

Debtor Signature

AARON'S
1235 SOUTH JOSEY LANE
CARROLLTON, TX 75006

ACE CASH
300 EAST JOHN W CARPENTER FREEWAY
IRVING, TX 75062

AMER CR ACPT
4054 WILLOW LAKE BOULEVARD
MEMPHIS, TN 38118

ATT
208 SOUTH AKARD STREET
DALLAS, TX 75201

AUTOMAX
108 N COLLINS ST
ARLINGTON, TX 76011

AVAILR
900 N FRANKLIN STREET SUITE 404
CHICAGO, IL 60610

BK OF MO/FA
PO BOX 89028
SIOUX FALLS, SD 57109

BK OF MO/TV
PO BOX 84930
SIOUX FALLS, SD 57118

BLINN COLLEGE
2423 BLINN BOULEVARD
BRYAN, TX 77802

CHARITH TANGIRALA
13803 FALL HARVEST DRIVE
FRISCO, TX 75033

CHASE BANK
270 PARK AVENUE
NEW YORK, NY 10017

CHIME-STRIDE
PO BOX 417
SAN FRANCISCO, CA 94104

COUNTRY DOOR
1112 7TH AVE
MONROE, WI 53566

DALLAS MUNICIPAL
2014 MAIN STREET
DALLAS, TX 75201

FST PREMIER
3820 N LOUISE AVE
SIOUX FALLS, SD 57107

I C SYSTEM
PO BOX 64378
SAINT PAUL, MN 55164

JEFFERSON CAPITAL SYSTEMS, LLC
P.O. BOX 772813
CHICAGO, IL 60677-2813

JEFFERSON CAPITOL
200 14TH AVENUE EAST
SARTELL, MN 56377

JEFFERSON CAPITOL SYSTEMS LLC
200 14TH AVENUE EAST
SARTELL, MN 56377

LUBBOCK COUNTY
1214 14TH STREET
LUBBOCK, TX 79401

LVNV FUNDING
C/O RESURGENT CAPITAL SERVICES PO BOX 1269
GREENVILLE, SC 29602

NATLCRSYS
1775 THE EXCHANGE SOUTHEAST SUITE 300
ATLANTA, GA 30339

NAVY FCU
PO BOX 3700
MERRIFIELD, VA 22119

NAVY FEDERAL CREDIT UNION
820 FOLLIN LANE SOUTHEAST
VIENNA, VA 22180

NCA
P.O. BOX 550 327 WEST FOURTH STREET
HUTCHINSON, KS 67504

OWINGS AUTO
519 EAST DIVISION STREET
ARLINGTON, TX 76011

PORTFOLIO RECOVERY ASSOCIATES, LLC
120 CORPORATE BLVD
NORFOLK, VA 23502

SARMA COLL
555 E. RAMSEY RD
SAN ANTONIO, TX 78216

SECURITYCRED
306 ENTERPRISE DRIVE
OXFORD, MS 38655

SOCIAL SECURITY
6401 SECURITY BOULEVARD
BALTIMORE, MD 21207

SPRINGOAKCAP
P.O. BOX 1216
CHESAPEAKE, VA 23327

TMOBILE
12920 SOUTHEAST 38TH STREET
BELLEVUE, WA 98006

VANCEHUFFMAN
55 MONETTE PARKWAY
SMITHFIELD, VA 23430

WORLD FINANCE
P.O. BOX 6429
GREENVILLE, SC 29606